18 So.3d 1214 (2009)
S.B., Mother of K.S., B.S. and L.B., minor children, Petitioner,
v.
FLORIDA DEPARTMENT OF CHILDREN and FAMILIES, Respondent.
No. 1D09-4699.
District Court of Appeal of Florida, First District.
October 1, 2009.
*1215 Christopher R. Johnson, Pensacola, for Petitioner.
No appearance for Respondent.
PER CURIAM.
DENIED. See Eato v. State, 7 So.3d 633 (Fla. 3d DCA 2009); Fla. R. Jud. Admin. 2.330(e).
HAWKES, C.J., BARFIELD and BENTON, JJ., concur.